[No. 4300-2-III.   Division Three.   April 1, 1982.]

EMMERSON, INC., REALTORS, *Respondent*, v. TAGGARES
HELICOPTERS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 79-2-00732-2, Harry Hazel, J. Pro
Tem., entered November 14, 1980. *Affirmed* by unpublished
opinion per McInturff, C.J., concurred *in* by Munson and
Roe, JJ.

[No. 8441-1-I.   Division One.   April 5, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
JAMES TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 55622, T. Patrick Corbett, J., entered February
5, 1980. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Callow and Ringold, JJ.

[No. 9373-8-I.   Division One.   April 5, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD
EARL BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80-1-00844-3, Herbert M. Stephens, J.,
entered September 8, 1980. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Andersen, C.J., and
Corbett, J.

[No. 9854-3-I.   Division One.   April 5, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
CARL BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80-1-03708-7, David C. Hunter, J., entered
January 13, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold and Corbett, JJ.